FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES LOUIS CRAWFORD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEREMY WELCH,<br><br>　　　　Respondent. | 1:25-cv-03191-SAB<br><br>ORDER DISMISSING ACTION |

　　　By Order filed December 1, 2025, the Court directed Petitioner James Louis Crawford, an individual incarcerated at the Yakima County Jail, to show cause within thirty (30) days why his *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 should not be dismissed. ECF No. 5. Specifically, the Court found that Petitioner had failed to demonstrate that he was entitled to habeas relief under Rule 4, Rules Governing § 2254 Cases.

　　　Petitioner did not show that his claims were exhausted or that he was currently in custody under the convictions he challenged. ECF No. 5 at 2–3. Further, his claims regarding an unlicensed prosecutor had been previously litigated and dismissed with prejudice. *See Crawford v. Masters et al.,* No. 1:25-cv-03083-SAB (E.D. Wash. Sept. 22, 2025). *See e.g. Hamilton v. Roehrich*, 628 F.Supp.2d 1033, 1052, 2009 WL 1047080 (D. Minn. 2009) ("[w]hile a prosecutor is obligated to seek justice, not only a conviction, a criminal defendant does not

ORDER DISMISSING ACTION # 1

rely on a prosecutor to protect his rights" and, "[a]s a result, the fact that a prosecutor may be unlicensed to practice law has far fewer repercussions for the defendant than if his own counsel is not admitted."); *see also United States v. Garcia-Andrade*, 2013 WL 4027859 at *10 (S.D. Cal. Aug. 6, 2013).

Petitioner's deadline to show cause was December 31, 2025. He has filed nothing further in this action. He appears to have abandoned this litigation. Therefore, for the reasons set forth above and in the Court's prior Order, ECF No. 5, this habeas action is dismissed.

Accordingly, **IT IS ORDERED**:

1. This action is dismissed under Rule 4, Rules Governing § 2254 Cases.

2. The Court certifies there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED**.

**IT IS SO ORDERED.** The Clerk of Court shall enter this Order, enter judgment, provide copies to Petitioner and **close** the file.

**DATED** this 14th day of January 2026.



Stan Bastian
Chief United States District Judge

ORDER DISMISSING ACTION # 2