AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 14, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JAMES LOUIS CRAWFORD<br>*Plaintiff*<br>v.<br><br>JEREMY WELCH<br>*Defendant* | )<br>)<br>) Civil Action No. 1:25-cv-03191-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is dismissed under Rule 4, Rules Governing § 2254 Cases.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stan Bastian

Date:  1/14/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*